**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☒ 2nd___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:  Curtis A Frye         JOINT DEBTOR:  Frances N Frye          CASE NO.: 11-15432-EPK
Last Four Digits of SS#  xxx-xx-4760    Last Four Digits of SS#  xxx-xx-0307

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

   A.  $   229.35   for months   1   to   60  ;
   B.  $ _____ for months _____ to _____ ;
   C.  $ _____ for months _____ to _____ ; in order to pay the following creditors:

Administrative:  Attorney's Fee -  $  4,425.00   TOTAL PAID $  823.00
                 Balance Due     $  3,602.00   payable $ 188.50   /month   (Months   1  to  19  )
                                                         20.50                       20    20

$3,500.00 attorney fee, $750.00 MTV homestead, $150.00 in fees and $25.00 and costs.

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

Gold Coast Federal Credit Union
2226 South Congress Avenue
West Palm Beach, Florida 33406
Acc# 6966                                              2,000.00
                                                          10.00     Months 1 to 20
                                                          45.00     Months 21 to 60

HSBC                                                     600.00
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Road,
Suite #200
Tucson, AZ 85712                                          10.00     Months 1 to 60
Acct# 7925

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America 4161 Piedmont Parkway Greensboro, NC  27410 Acct. No. Ending 1499 | Real Property located at: 7274 Pine Manor Drive, Lake worth, FL 33467 Market Value: $104,500.00 | | N/A to N/A | N/A to N/A | |

Priority Creditors: [as defined in 11 U.S.C. §507]
   -NONE-           Total Due  $ _____
                    Payable    $ _____ /month   (Months _ to _ )   Regular Payment $ _____

Unsecured Creditors:
   Pay $ 168.00 /month (Months  20  to  20 ).
   Pay $ 153.50 /month (Months  21  to  60 ).

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                                Best Case Bankruptcy

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**

-NONE-

**Assumed Contracts and/or Leases**

-NONE-

Special Intentions:

GMAC: Debtor will pay claim directly
Lucerine Lakes: (7274) Debtor will pay directly outside the plan .
Gold Coast Fed Cr Unio: (6966) to be surrendered, a 2003 Rivera Caprice VIN RVR17421H203
Gold Coast Fed Cr Unio: (6966) Debtor will pay claim directly outside the plan , a 2007 Saab VIN Y53FH41U071127694
Bank of America (1499) Debtor intends to avoid Lien
World Omni F: (5588) Debtor is surrendering the Property to Creditor.

In the event debtors lawsuit for personal injuries is successful, any recovery will be turned over to the Ch 13 trustee to increase payments to the unsecured creditors

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Curtis A Frye                                    /s/ Frances N Frye
Curtis A Frye                                        Frances N Frye
Debtor                                               Joint Debtor

Date:  August 11, 2011                               Date:  August 11, 2011